UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


UNITED STATES OF AMERICA,

                Plaintiff,                            Case No. 2:12-cr-36-02

v.                                        HONORABLE PAUL L. MALONEY

KELLY KATHLEEN WARLIN,

                Defendant.

_____/


**ORDER ADOPTING REPORT AND RECOMMENDATION**


The Court has reviewed the Report and Recommendation filed by United States

Magistrate Judge Timothy P. Greeley in this action (ECF No. 231). The Report and

Recommendation was duly served on the parties, and no objection has been made thereto within

the time required by law.

THEREFORE, IT IS ORDERED that:

1.      The Report and Recommendation of the Magistrate Judge is approved and

adopted as the opinion of the Court.

2.      Defendant's admission of guilt is accepted and defendant is adjudicated guilty of

violations 1, 2, and 3 of the petition. A judgment shall issue.


Dated: May 1, 2018                         /s/ Paul L. Maloney_____
                                           Paul L. Maloney
                                           United States District Judge